FILED
2022 APR 28
CLERK
U.S. DISTRICT COURT

Joey Liender
525 E 6270 S
Murray Utah 84107
(801) 898-6958
*Pro Se* Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOEY LIENDER<br><br>Plaintiff,<br><br>v.<br><br>L3HARRIS TECHNOLOGIES INCORPORATED<br><br>Defendant. | **MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br><br>Civil No. 2:22-cv-00081-CMR<br><br><br>Magistrate Judge Cecilia M. Romero |

  Plaintiff Joey Liender ("Plaintiff"), pro se, hereby Motions this court for leave to amend his Complaint dated January 11, 2022 which was filed with the court. Defendant's Motion to Dismiss Plaintiff's Complaint (the "motion") dated March 11, 2022 was filed with the court instead of an "Answer" pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Pursuant to a stipulation between the parties, Defendant's motion was filed timely. Further more, the parties have agreed to extend Plaintiff's time to April 28, 2022 to respond to the motion.

  Plaintiff had every intend to respond to the motion today, however, as I got into it, while I don't agree with their overarching arguments made by the Defendant in the motion, they have raised some issues such that the complaint can be further elaborated to address almost all of the

critique that they have raised. Thus, Plaintiff firmly believes that the complaint could be more thorough and include certain allegations that can resolve and/or minimize the arguments that Defendant has raised in the motion.

In fact, amending the complaint would be the most judicially economical and the most efficient way to move forward for everyone (Court included). This is because the amendments will address almost all of the issues raised in the motion. Additionally, the "right to sue letter" obtained from the EEOC, should moot the remaining issues. Defendant was served a copy of this letter but it is also attached here as exhibit 1. Specifically speaking, in regards to each and every cause of action, Plaintiff states as follow:

## CAUSES OF ACTION

1- Moot as per the EEOC right to sue letter ("exhibit 1").

2- An amendment combined with exhibit 1 will address and resolve this matter.

3- An amendment will address this matter and will shed more light as to the definition of "public body" and how that is material.

4- Moot as per exhibit 1.

5- Amendment will address and resolve this matter.

6- Amendment will address and resolve this matter.

7- Amendment will address. Subsequently new arguments may arise to be adjudicated.

8- Amendment will address. Subsequently new arguments may arise to be adjudicated.

9- Amendment will address. Subsequently new arguments may arise to be adjudicated.

10- Amendment will address. Subsequently new arguments may arise to be adjudicated.

11- Depends on the outcome of cause of action 9 and cause of action 10. Thus, at the very least, amendments will indirectly address the issues, giving rise to new arguments to be adjudicated.

12- Depends on the outcome of cause of action 9 and cause of action 10. Thus, at the very least, amendments will indirectly address the issues, giving rise to new arguments to be adjudicated.

13- Plaintiff was indeed defrauded too and there are damages. Amendment will address, clarify and will resolve.

14- Plaintiff was indeed misled too and there are damages. Amendment will address, clarify and will resolve.

15- Amendment will address and will make clearer. New arguments on both sides may arise to be adjudicated.

16-Amendment will address and will make clearer. New arguments on both sides may arise to be adjudicated.

17 - An amendment may remove this cause of action.

     Therefore, given the aforementioned list of impact to each and every cause of action, an amendment is certainly needed and makes perfect sense in this situation. Because, otherwise we

will all be going through un-needed litigation only to arrive at the conclusion that an amendment will be needed. Thus amending now is far more judicially economical.

Consequently, rather than responding in vain to the motion now, Plaintiff seeks leave to amend the complaint to address some of the weaknesses, strengthen his claims and by doing so address nearly all of the issues raised in the motion as per the list above. The courts are directed to liberally grant motions for leave to amend complaints in cases such as this one, where amendments are timely and cause for no prejudice to the Defendant.

Plaintiff plans to submit a draft of the amended complaint as exhibit 2 attached to this motion within 10 days (May 8, 2022).

Thus the AMENDED COMPLAINT will be submitted to the opposing side and filed with the Court as exhibit 2 to this motion, no later than May 8, 2022.

I declare under criminal penalty under the law of Utah that everything stated in this document is true. Signed electronically in Murray, Utah.

| April 28, 2022 | Signature ► | /s/Joey Liender |
| --- | --- | --- |
| Date | Printed Name | Joey Liender |

## CERTIFICATE OF SERVICE

I certify that on the 28th day of April, 2022, I caused the above **MOTION FOR LEAVE TO AMEND COMPLAINT** to be filed with the Court and a copy was served electronically, as required, upon:

Michael O'Brien : mobrien@joneswaldo.com

_____/s/_____
Joey Liender

Pro se