Michael Patrick O'Brien (USB #4894)
Paul R. Smith (USB #14325)
Corey J. Hunter (USB #18964)
PARSONS BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
mobrien@parsonsbehle.com
mtolman@parsonsbehle.com
psmith@parsonsbehle.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOEY LIENDER, | **STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** |
| Plaintiff, | |
| v. | Case No. 2:22-cv-00081-CMR |
| L3HARRIS TECHNOLOGIES, INC., | Magistrate Judge Cecilia M. Romero |
| Defendant. | |

Plaintiff Joey Liender ("Plaintiff") and Defendant L3Harris Technologies, Inc. ("L3Harris") hereby stipulate to the dismissal of all of Plaintiff's claims without prejudice, with each party bearing their own attorneys' fees and costs. The parties respectfully request the Court enter the attached Order Granting Stipulated Motion to Dismiss Without Prejudice.

DATED this 27th day of September, 2024.

                              PARSONS BEHLE & LATIMER

                              /s/ *Paul R. Smith*
                              Paul R. Smith
                              *Attorneys for Defendant*

DATED this 27th day of September, 2024.

                              Stipulated:

                              JOEY LIENDER

                              /s/ *Joey Liender (with permission)*
                              Joey Liender
                              *Plaintiff pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2024, I caused to be delivered, via the court's electronic filing system, email, or otherwise by first-class mail postage prepaid if needed, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** to the following:

>   Joey Liender
>   525 East 6270 South
>   Murray, UT 84107
>   lienderj@yahoo.com
>   *Plaintiff Pro Se*

                                                              */s/ Paul R. Smith*